**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JERRY L. COLBURN,                    ) NO. SAC 07-00962-SS
                                     )
            Plaintiff,               )
                                     ) **JUDGMENT**
        v.                           )
                                     )
MICHAEL J. ASTRUE,                   )
Commissioner of the Social           )
Security Administration,             )
                                     )
            Defendant.               )
_____)


    IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED
and that the above-captioned action is dismissed with prejudice.


DATED: August 1, 2008.

                                    /s/
                              _____
                              SUZANNE H. SEGAL
                              UNITED STATES MAGISTRATE JUDGE

23